IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00085-BNB

DAWANE MALLETT,

    Applicant,

v.

RANDY DAVIS, Warden,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Applicant's "Motion for Court Order for Funds to be Withdrawn from Inmates [sic] Account," filed on January 25, 2010 (Doc. # 3). However, Applicant was granted leave to proceed *in forma pauperis* by Order dated January 27, 2010. Accordingly, the Motion is DENIED as moot.

    Dated: January 28, 2010